In the Matter of OMAR B., Respondent, v SHANTELL E., Appellant. [16 NYS3d 732]—

Order, Family Court, New York County (Susan K. Knipps, J.), entered on or about January 13, 2014, which granted sole custody of the subject child to petitioner father, unanimously affirmed, without costs.

The record overwhelmingly supports modification of the prior custody order to insure the child's best interests (*see Matter of James Joseph M. v Rosana R.*, 32 AD3d 725 [1st Dept 2006], *lv denied* 7 NY3d 717 [2006]). The child is well bonded with petitioner and has been thriving under his care for the past three years. Respondent, who has repeatedly put the child in harm's way, failed to establish that she will be able to place the child's needs before her own and provide for his welfare and happiness. Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.